### ALLEN *v.* PRINTUP.

Candler, J. On the trial of the possessory warrant in the justice's court, the plaintiff failed to show that the defendant acquired possession of the property sued for in any of the modes pointed out in the Civil Code, § 4799. It was therefore not error for the judge of the superior court to sustain the certiorari to the judgment of the magistrate in favor of the plaintiff. *Owens* v. *Outlaw*, 107 *Ga.* 477.    *Judgment affirmed. By five Justices.*

Submitted July 16, — Decided August 14, 1903.

Certiorari. Before Judge Brinson. McDuffie superior court. September 4, 1902.

*Watson & Callaway* and *M. W. Gross*, for plaintiff.
*John T. West*, for defendant.